**CHANDLER & ASSOCIATES**
**ATTORNEYS AND COUNSELORS AT LAW**
Robert C. Chandler, SBN 138266
Ronn S Potter, SBN 210287
3800 Orange Street, Suite 270
Riverside, California 92501
(909) 276-3022

Attorneys for Plaintiffs,
ANDREW PEARSON & LENA PEARSON

FILED
CLERK, U S DISTRICT COURT
NOV 15 2001
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

LODGED

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(D).

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANDREW PEARSON, an individual, and; LENA PEARSON, an individual,

Plaintiffs,

v.

MANOUCHEHER MOFIDI, an individual; VIATICALS OF AMERICA, a business, form unknown; MANSFIELD CORPORATION, a corporation, and DOES 1 through 20, inclusive,

Defendants.

CASE NO EDCV 01-0100 RT SGLx

REQUEST FOR DISMISSAL, ORDER THEREON

Priority ✓
Send ✓
Enter
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

Plaintiff, ANDREW PEARSON, hereby requests that this lawsuit be dismissed with prejudice and that this matter be taken off the court's calendar Plaintiff, LENA PEARSON, was dismissed on October 31, 2001.

Dated: 11/9/01

ANDREW PEARSON,
Plaintiff

Dated: 11/12/01

Ronn S. Potter,
Attorneys for Plaintiffs

ENTER ON ICMS
NOV 16 2001



23

ORIGINAL

**ORDER**

Having considered such request for dismissal and the consent of Plaintiffs and their attorneys of record, the court orders this ~~lawsuit~~ ACTION A/T be dismissed.

Dated 11/14/01

Robert J. Timlin
U.S. District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of RIVERSIDE, State of California. I am over the age of 18 and not a party to the within action, my business address is **3800 Orange Street, Suite 270, RIVERSIDE, California 92501.**

On **November 12, 2001** I served the foregoing documents described as **REQUEST FOR DISMISSAL; ORDER THEREON** by placing the true copy thereof enclosed in the sealed envelope addressed as follows.

**SEE ATTACHED**

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Riverside, California. The envelope was mailed with postage thereon fully prepaid

I placed such envelope with postage thereon prepaid in the United States mail at Riverside, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing Under the practice it would be deposited with the U S Postal Service on that same day with postage thereon fully prepaid at RIVERSIDE, California, in the ordinary course of business I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER)** I placed the above referenced document(s) in an envelope for collection and delivery on this date in accordance with standard ____________________ overnight delivery procedures

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: ____________________

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 12, 2001** at RIVERSIDE, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

____________________
Tamarra Runkle

## SERVICE LIST

William A Hinz, Esq.
LAW OFFICE OF WILLIAM A. HINZ
110 West Fir Street
Brea, CA 92821

(Attorneys for Mansfield Corporation)

Thomas M Schneider, Esq.
LAW OFFICE OF THOMAS M. SCHNEIDER
21250 Box Springs Road, Suite 113
Moreno Valley, CA 92557

(Attorneys for Manoucheher Mofidi)